IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LEONARDO JOHNSON, #256042, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 3:10-CV-50-WKW [WO] ) |
| DETECTIVE RODGERS, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On July 11, 2012, the Magistrate Judge filed a Recommendation that this case be dismissed. (Doc. # 45.) Plaintiff has not filed any timely objections to the Recommendation. Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. Defendant Garrett and Rogers' motion for summary judgment (Doc. # 24) is GRANTED.

3. Plaintiff's complaint against Defendant Davis be and is hereby DISMISSED without prejudice.

4. This case is DISMISSED without prejudice.

A separate final judgment will be issued.

DONE this 6th day of August, 2012.

                                          /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE